SPERB, Respondent, *v.* METROPOLITAN EL. RY. Co. *et al.*, Appellants.

*(Superior Court of New York City, General Term. January 29, 1892.)*

Appeal from judgment on report of referee.

Action by Annie C. Sperb against the Metropolitan Elevated Railway Company and the Manhattan Railway Company. The judgment awards plaintiff $1,457, with interest from January 21, 1891, to date of judgment, for past damages sustained by her on account of the operation and maintenance of defendants' elevated railroad in front of premises No. 924 Sixth avenue, besides $130.18, her costs, and $150, granted as an extra allowance. The judgment further enjoins the defendants from maintaining or using their elevated railroad structure or operating their railroad thereon, in front of said premises No. 924 Sixth avenue, except on the payment to plaintiff of $2,350 as the price of so much of her property in the street as has been taken by defendants.

Argued before DUGRO and GILDERSLEEVE, JJ.

*Davies & Rapallo,* for appellants. *Edwin M. Felt,* for respondent.

GILDERSLEEVE, J.   We find no errors in the admission or exclusion of evidence that are of sufficient weight to warrant a reversal of the judgment. The case seems to have been carefully tried, and a fair preponderance of evidence justified the findings of the referee.   The judgment appealed from is affirmed, with costs.